IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED

AUG 05 2025

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

UNITED STATES OF AMERICA, )
)
            **Plaintiff,** )
)
    **-vs-** )
)
TOK CHIN KIM, )
)
           **Defendant.** )

No. **CR 25-295 R**

Violations:  **18 U.S.C. § 2252A(a)(1)**
                  **18 U.S.C. § 2252A(a)(5)(B)**
                  **18 U.S.C. § 2252A(b)(2)**

## I N D I C T M E N T

The Federal Grand Jury charges:

## COUNT 1
### (Transportation of Child Pornography)

On or about March 15, 2024, and March 16, 2024, in the Western District of Oklahoma,

---------------------------------------- **TOK CHIN KIM** ------------------------------------------

knowingly transported child pornography using a means and facility of interstate or foreign commerce and in and affecting interstate or foreign commerce.

All in violation of Title 18, United States Code, Section 2252A(a)(1), the penalty for which is found in Title 18, United States Code, Section 2252A(b)(1).

## COUNT 2
### (Possession of Materials Containing Child Pornography)

On or about August 6, 2024, in the Western District of Oklahoma,

----------------------------------------- **TOK CHIN KIM** -----------------------------------------

knowingly possessed and accessed with intent to view material containing images of child pornography, including images that involved prepubescent minors, that had been transported using a means and facility of interstate and foreign commerce and that were produced using material that had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

ELIZABETH JOYNES
Assistant United States Attorney