# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

*Court* (handwritten)

**R**

Case No.: **CR 25-295**

Petty ☐   Misdemeanor ☐   Felony ☑   USAO No.: _____

**Charging Document: Indictment**   No. of Defendants: 1   Total No. of Counts: 2   Sealed: Y ☑   N ☐

Forfeiture: Y ☐ N ☑   OCDETF: Y ☐ N ☑   McGirt: Y ☐ N ☑   Warrant ☑   Summons ☐   Notice ☐

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: MV

| | |
|---|---|
| Name: **TOK CHIN KIM** | AUG 0 5 2025 |
| Alias(es): | Address: |
| | FBI No.: |
| DOB: XX/XX/1986   SSN: XXX-XX-8355 | Race: White   Interpreter: Y ☐ N ☑ |
| Sex: M ☑ F ☐   Juvenile: Y ☐ N ☑ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**

☑ Not in Custody   ☑ Detention Requested
☐ Type of Bond: _____
☐ In Custody at: _____
Inmate/Prisoner/Register No.: _____

**PRIOR MAGISTRATE JUDGE PROCEEDINGS:**
Complaint: Y ☐ N ☑
Magistrate Judge Case No.: MJ-
Previously Detained: Y ☐ N ☑

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender   ☐ CJA Panel   ☐ Retained
Name: _____   Address: _____   Phone: _____

AUSA: Elizabeth Joynes
Agent/Agency: _____
Local Officer/Agency: OCPD

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 2252A(a)(1) | Transportation of Child Pornography | NLT 5 years' and NTM 20 years' imprisonment; NMT $250,000.00 fine, or both; NLT 5 years' and up to life S/R; $22,100.00 S/A |
| 2 | 18 U.S.C. § 2252A(a)(5)(B)  18 U.S.C. § 2252A(b)(2) | Possession of Materials Containing Child Pornography | NMT 20 years' imprisonment; NMT $250,000.00 fine, or both; NLT 5 years' and up to life S/R; $22,100.00 S/A |

## RECEIVED
AUG 0 5 2025
Clerk, U.S. District Court
WEST.DIST.OF OKLA.

Signature of AUSA: s/Elizabeth Joynes   Date: 08/05/2025