# CRIMINAL COURTROOM MINUTE SHEET
# GRAND JURY ARRAIGNMENT

**DATE:** Aug 8, 2025

**CASE:** CR-25-295-R

**Start Time:** 3:08 **End Time:** 3:21 **COURTROOM:** 102

**MAGISTRATE JUDGE AMANDA L. MAXFIELD** **COURTROOM DEPUTY RYAN BEAM**

**UNITED STATES OF AMERICA vs. Tok Chin Kim**

Defendant States true and correct name as: same **AGE:** 38

**Government Cnsl: Elizabeth Joynes** **Defendant Cnsl: Kyle Wackenheim**

**U.S. Probation Officer: Candice Jones** Public Defender

☒ Defendant Appears, custody of U.S. Marshal with Counsel **Interpreter:** ______

☐ Defendant advised of his / her right of consular notification, ______

☒ Court inquires of Government regarding notification of victim(s) under Justice for All Act.

☒ Dft informed that he / she is not required to make a statement and that any statement made by him / her may be used against him / her.

☒ Dft advised of his / her right to an attorney.

☒ Dft fully advised of the substance of the count(s).

☒ Dft provided copy of Indictment

☒ Dft waives reading of the Indictment by the Court.

☒ Dft enters plea of Not Guilty

---

☒ Case set on jury docket beginning the week of September 9, 2025 at 9:30 a.m. before U.S. District Judge David Russell

---

☒ Government recommends defendant be released on bond and conditions

☐ Government recommends defendant be detained based on ______

☐ Government ______

- ☐ Upon motion of the Government and request for continuance by ______
- ☐ Detention Hearing is set for ______

☐ Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.

☐ Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should defendant's circumstances change.

---

## The Court Orders:

☒ **FRCrP5(f) REMINDER:** As required by Rule 5(f), the Court reminds the United States of it disclosure obligation under *Brady v. Maryland,* 373 U.S. 83 (1963), and its progeny. Possible consequences for a violation of this obligation may include, but are not limited to, exclusion of evidence at trial, a finding of contempt, granting a continuance, or dismissal of the charges with prejudice

☐ Defendant temporarily detained pending Detention hearing. Written Order entered. Defendant remanded to custody of U.S. Marshal.

☐ Defendant detained per Detention Order previously entered. Defendant remanded to custody of U.S. Marshal.

☐ Defendant released on previously posted bond with conditions per Release Order.

☒ Unsecured Bond set at $10,000.00 with conditions per Release Order.

☐ Secured Bond set at ______ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.

☐ Defendant remanded to the custody of U.S. Marshal pending execution of bond.

☐ Defendant remanded to the custody of U.S. Marshal.