OKWD Revised AO 442 (1/16/15)

11843501
25604-0806-1032-US

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA )
)
V. ) Case Number: CR-25-295-R
)
)
TOK CHIN KIM )
*Defendant*

RECEIVED
AUG 06 2025
U.S. MARSHALS W/OK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* TOK CHIN KIM ,

who is accused of an offense or violation based on the following document filed with the court:

☑ SEALED Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:2252A(a)(1) TRANSPORTATION OF CHILD PORNOGRAPHY
18:2252A(a)(5)(B) & 18:2252A(b)(2) POSSESSION OF MATERIAL CONTAINING CHILD PORNOGRAPHY

WARRANT ISSUED:
10:05 am, Aug 06, 2025
JOAN KANE, CLERK

**Nassil Al Adhami, Deputy Clerk**
**Oklahoma City, Oklahoma**

By: [signature]

### Return

This warrant was received on *(date)* 8-6-25, and the person was arrested on *(date)* 8-7-25
at *(city and state)* OKC, OK.

Date: 8-11-25

[signature]
*Arresting officer's signature*

DUSM TRULSON
*Printed name and title*