## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                       )<br>              Plaintiff,               )<br>                                                       )<br>v.                                                  )     Case No. CR-25-295-R<br>                                                       )<br>TOK CHIN KIM,                           )<br>                                                       )<br>              Defendant.             )  | |

## **ORDER**

This matter is before the Court on the Defendant Tok Chin Kim's Unopposed Motion to Continue Jury Trial and Extend Pretrial Motions Deadline [Doc. No. 16]. The Court finds the motion should be granted. The Speedy Trial Act gives this Court the discretion to "accommodate limited delays for case- specific needs." *Zedner v. United States*, 547 U.S. 489, 499 (2006). The Court finds the denial of the motion under the facts of this case would unreasonably deny the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence by counsel.

The facts of this case justify an ends-of-justice determination that a continuance to the Court's November 2025 jury trial docket and an extension of the pretrial motions deadline "outweighs the best interest of the public and the defendant in a speedy trial." *United States v. Toombs*, 574 F.3d 1262, 1273 (10th Cir. 2009), *citing* Tit. 18 U.S.C. §3161(h)(7)(A). The period of delay caused by the granting of the motion to continue on this ground excludable for purposes of the Speedy Trial Act. See *18 U.S.C. §3161(h)(7)(B)(iv)*.

The jury trial for defendant Tok Chin Kim is hereby continued to the Court's November 2025 jury trial docket and the pretrial motion deadline hereby extended accordingly.

IT IS SO ORDERED this 22nd day of August, 2025.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE