**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | **No. <u>CR-25-295-DLR</u>** |
| | ) | |
| **TOK CHIN KIM,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>JOINT STATEMENT ON RESTITUTION AND SPECIAL ASSESSMENTS</u>**

This is a joint statement regarding restitution and special assessments in advance of the sentencing hearing in *United States v. Kim*, 25-CR-295-R.

**Counsel have discussed the issue of restitution and special assessments for sentencing. As a result of the conference, the undersigned counsel report the following:**

1. According to 18 U.S.C. § 2259, the United States is seeking an order of restitution, in a total amount of $14,000, for the following victims:

    a. The victim known by the pseudonym "Liam" (BluePlaid1 series) in the amount of $3,000.
    b. The victim known by the pseudonym "Kauzie" (RapJerseys series) in the amount of $3,000.
    c. The victim known by the pseudonym "Jessy" (Surfer Hair series) in the amount of $5,000.
    d. The victim known by the pseudonym "Jack" (Rap72 series) in the amount of $3,000.

2. Defendant agrees that the request of restitution is reasonable.

3. "Liam" (BluePlaid1 series), "Kauzie" (RapJerseys series), "Jessy" (Surfer Hair series), and "Jack" (Rap72 series) are identified as victims of Tok Chin Kim's criminal conduct.

4. Under 18 U.S.C. § 2259, Mr. Kim should be ordered to pay the amount of:

    a. $3,000 to "Liam" (BluePlaid1 series). The restitution payment of "Liam" should be drafted to "Restore the Child I/T/F Liam" and forwarded to Restore the Child, PLLC, 2522 North Proctor Street, Suite 85, Tacoma, Washington 98406-5338.
    b. $3,000 to "Kauzie" (RapJerseys series). The restitution payment of "Kauzie" should be drafted to "Deborah A. Bianco, in Trust for Kauzie" and forwarded to PO Box 6503, Bellevue, Washington 98008.
    c. $5,000 to "Jessy" (Surfer Hair series). The restitution payment of "Jessy" should be drafted to "Deborah A. Bianco, in Trust for Jessy" and forwarded to PO Box 6503, Bellevue, Washington 98008.
    d. $3,000 to "Jack" (Rap72 series). The restitution payment of "Jack" should be drafted to "Deborah A. Bianco, in Trust for Jack" and forwarded to PO Box 6503, Bellevue, Washington 98008.

5. The parties have further agreed that a special assessment of $100 pursuant to 18 U.S.C. § 3013 would be appropriate in this case.

6. The parties have also agreed that assessments pursuant to 18 U.S.C. § 3014 and 18 U.S.C. § 2259A would not be appropriate in this case.

7. The parties agree that the restitution ordered will be due immediately, with the balance due as follows: If the ordered restitution is not paid immediately, Mr. Kim shall make payments of 10% of his quarterly earnings during the term of imprisonment. After release from confinement, if the restitution is not paid immediately, Mr. Kim shall make payments of the greater of $100.00 per month or 10% of his gross monthly income, as directed by the Probation Officer. Finally, the parties agree that payments are to commence not later than 30 days after release from confinement.

At the conclusion of this conference, counsel conferred concerning the contents of this joint statement, and agree on this written statement.

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney

s/*Elizabeth Joynes*
Assistant U.S. Attorney
Virginia Bar No. 94827
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8849 (office)
(405) 553-8888 (fax)
elizabeth.joynes@usdoj.gov

*s/Adam R. Banner*
Counsel for Defendant
Oklahoma Bar No. 30480
PHILLIPS, COVENTON, QUILLIAN, & BANNER PLLC
1900 Northwest Expressway, Suite 601
Oklahoma City, OK 73118
(405) 778-4800 (office)
(405) 260-9573 (fax)
adamrbanner@gmail.com