**Sentencing Minute Sheet**

**Date**: June 30, 2026

**Total Time**: 25 minutes

**Criminal Case No.**: CR-25-295-R

**USA v. Tok Chin Kim**

**Judge David L. Russell**

**C.R. Deputy** Taylor Beams

**Court Reporter** Christy Clark

**Probation Officer** Patricia Rivera

**Counsel for Plaintiff**: Elizabeth Joynes

**Counsel for Defendant**: Patrick Quillian

Defendant appears in person with retained counsel.

Presentence Investigation Report is accepted as submitted.

Pursuant to the Defendant's guilty plea, count 1 on the Indictment will be dismissed. Written order will follow.

Defendant is sentenced to custody of Bureau of Prisons for a term of: 51 months

(X) shall participate in the Inmate Financial Responsibility Program while incarcerated.
(X) shall participate in inmate domestic violence/sex offender treatment while incarcerated.

Defendant ordered to pay restitution in the amount of: $14,000.00

Upon expiration of the sentence imposed herein, defendant shall serve a term of supervised release of 5 years.

(X) shall comply with the standard conditions of supervised release adopted by this Court; shall not possess a firearm or other destructive device; shall cooperate in the collection of DNA as directed by law.
(X) shall comply with the special conditions listed in PART D of the Presentence Investigation Report.

Pursuant to the Justice for Victims of Trafficking Act (JVTA) of 2015, the defendant shall pay an assessment of $5,000.00, which shall be due immediately.

Defendant advised of right to appeal, including to appeal in forma pauperis.

Court orders commitment to the custody of the Bureau of Prisons and recommends that defendant be incarcerated at: FCI Seagoville

Bond exonerated. Defendant remanded to custody of U.S.M.S.